| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gorsuch, Neil M. | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Associate Justice of the Supreme Court of the United States | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>Supreme Court of the United States<br>One First Street, NE<br>Washington, DC 20543 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Walden Group LLC (mountain property) |
| 2. | Adjunct Professor | University of Colorado Law School |
| 3. | Member | University of Chicago Law School's Visiting Committee |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Princeton University Press - book royalties | $9,020.00 |
| 2. 2017 | University of Colorado Law School - teaching | $2,600.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Marshall Scholars Organization | 06/02/2017 - 06/03/2017 | Boston, MA | Educational program | Transportation, meals, hotel |
| 2. | University of Kentucky and University of Louisville | 09/21/2017 - 09/22/2017 | Louisville, KY and Lexington, KY | Educational program | Transportation, meals, hotel |
| 3. | Academy of Achievement Dinner | 10/16/2017 - 10/19/2017 | London, England | Award, speech, educational program | Transportation, meals, hotel |
| 4. | Harvard Law School | 10/26/2017 | Cambridge, MA | Attended Harvard Law School's Bicentennial | Transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/15/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct #1 (H) | | | | | | | | | |
| 2. - USAA Tax Exempt Money Mkt Fd | B | Dividend | P1 | T | Sold (part) | 01/18/17 | J | | |
| 3. | | | | | Sold (part) | 01/19/17 | J | | |
| 4. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 5. | | | | | Sold (part) | 02/16/17 | J | | |
| 6. | | | | | Sold (part) | 02/17/17 | J | | |
| 7. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 8. | | | | | Sold (part) | 03/16/17 | J | | |
| 9. | | | | | Sold (part) | 03/17/17 | J | | |
| 10. | | | | | Buy (add'l) | 04/06/17 | K | | |
| 11. | | | | | Sold (part) | 04/11/17 | J | | |
| 12. | | | | | Sold (part) | 04/12/17 | J | | |
| 13. | | | | | Sold (part) | 04/17/17 | J | | |
| 14. | | | | | Buy (add'l) | 04/24/17 | L | | |
| 15. | | | | | Sold (part) | 04/24/17 | J | | |
| 16. | | | | | Sold (part) | 05/01/17 | J | | |
| 17. | | | | | Sold (part) | 05/04/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 05/12/17 | J | | |
| 19. | | | | | Sold (part) | 05/15/17 | J | | |
| 20. | | | | | Sold (part) | 05/18/17 | K | | |
| 21. | | | | | Buy (add'l) | 05/30/17 | N | | |
| 22. | | | | | Sold (part) | 06/05/17 | J | | |
| 23. | | | | | Sold (part) | 06/12/17 | J | | |
| 24. | | | | | Sold (part) | 06/13/17 | K | | |
| 25. | | | | | Sold (part) | 06/14/17 | J | | |
| 26. | | | | | Sold (part) | 06/15/17 | J | | |
| 27. | | | | | Buy (add'l) | 06/26/17 | J | | |
| 28. | | | | | Sold (part) | 06/27/17 | J | | |
| 29. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 30. | | | | | Sold (part) | 06/29/17 | J | | |
| 31. | | | | | Sold (part) | 07/05/17 | K | | |
| 32. | | | | | Sold (part) | 07/06/17 | J | | |
| 33. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 34. | | | | | Sold (part) | 07/10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/12/17 | J | | |
| 36. | | | | | Buy (add'l) | 07/24/17 | O | | |
| 37. | | | | | Buy (add'l) | 08/01/17 | O | | |
| 38. | | | | | Sold (part) | 08/10/17 | P1 | | |
| 39. | | | | | Sold (part) | 08/11/17 | J | | |
| 40. | | | | | Sold (part) | 08/14/17 | J | | |
| 41. | | | | | Buy (add'l) | 08/23/17 | J | | |
| 42. | | | | | Sold (part) | 09/12/17 | J | | |
| 43. | | | | | Sold (part) | 09/13/17 | K | | |
| 44. | | | | | Sold (part) | 09/18/17 | J | | |
| 45. | | | | | Sold (part) | 10/04/17 | J | | |
| 46. | | | | | Sold (part) | 11/08/17 | J | | |
| 47. | | | | | Buy (add'l) | 11/30/17 | P1 | | |
| 48.   - USAA Tax Exempt Long Term Fd | C | Dividend | | | Sold | 07/24/17 | M | | |
| 49.   - USAA High Income Fd | D | Dividend | | | Sold | 07/24/17 | N | | |
| 50.   - USAA International Fd | D | Dividend | N | T | | | | | |
| 51.   - USAA S&P 500 Index Fd | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - USAA Value Fd | E | Dividend | N | T | | | | | |
| 53.  - USAA Tax Ex Intermediate Term Fd | D | Dividend | | | Sold | 07/24/17 | N | B | |
| 54.  - USAA Small Cap Stock Fd | E | Dividend | N | T | | | | | |
| 55.  - USAA Tax Ex Short Term Fd | A | Dividend | | | Sold | 07/24/17 | M | | |
| 56.  Walden Group LLC | | None | | | Sold | 12/31/17 | N | | |
| 57.  529 Plans - VA Educ Savings Trust (Age Based) | A | Dividend | O | T | Sold (part) | 08/03/17 | K | E | |
| 58.  529 Plans - College Invest Savings Plan (Age Based) | B | Dividend | L | T | | | | | |
| 59.  CREF Growth R1 Fd | B | Dividend | J | T | | | | | |
| 60.  Senate Credit Union account F/K/A Senate Credit Union checking | | None | L | T | | | | | |
| 61.  IRA Acct #1 (H) | | | | | | | | | |
| 62.  - USAATarget Retirement 2030 Fund | F | Dividend | O | T | | | | | |
| 63.  IRA Acct #2 (H) | | | | | | | | | |
| 64.  - USAA Target Retirement 2030 Fund | D | Dividend | L | T | | | | | |
| 65.  SEP IRA Acct #1 (H) | | | | | | | | | |
| 66.  - USAA Money Mkt Fd F/K/A USAA Money Mkt | A | Dividend | J | T | Buy (add'l) | 02/14/17 | J | | |
| 67.  - USAA Short Term Bond Fd Inst | A | Dividend | J | T | | | | | |
| 68.  - USAA Income Fd Inst | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - USAA Intermediate Term Bond Inst | B | Dividend | K | T | | | | | |
| 70. - USAA Managed Allocation Fd Retail F/K/A/ USAA Managed Allocation Fd | A | Dividend | J | T | | | | | |
| 71. - USAA High Income Fd Inst F/K/A USAA High Income Fd | A | Dividend | K | T | | | | | |
| 72. - USAA Emerging Markets Fd | A | Dividend | J | T | | | | | |
| 73. - USAA International Fund Inst | A | Dividend | K | T | | | | | |
| 74. - USAA Small Cap Stock Fund Inst | B | Dividend | J | T | Sold (part) | 02/14/17 | J | | |
| 75. - USAA Income Stock Fund Inst | B | Dividend | K | T | Buy (add'l) | 12/08/17 | J | | |
| 76. - USAA Growth Fund Instl | A | Dividend | K | T | | | | | |
| 77. Brokerage Acct #2 (H) | | | | | | | | | |
| 78. - USAA Money Mkt Fd F/K/A USAA Money Market | A | Interest | J | T | | | | | |
| 79. Brokerage Acct #3 (H) | | | | | | | | | |
| 80. - USAA Tax Exempt Money Mkt Fd F/K/A USAA Tax Exempt MMKT | A | Dividend | J | T | | | | | |
| 81. - Aurora Wtr Rev Muni Bond 8/1/22 | B | Interest | | | Sold | 07/25/17 | K | A | |
| 82. - Boulder County CO Open Space Cap 7/15/29 | B | Interest | | | Sold | 07/25/17 | L | C | |
| 83. - Broomfield Sales and Use Tax 12/1/27 | B | Interest | | | Sold | 07/25/17 | L | A | |
| 84. - Colo Springs Col Util Muni Bond 11/15/20 | A | Interest | | | Sold | 07/25/17 | J | A | |
| 85. - Colo Springs Col Utl Muni Bond 11/15/26 | B | Interest | | | Sold | 07/25/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Denver Exc Tax Rev Muni Bond 9/1/18 | B | Interest | | | Sold | 07/25/17 | K | A | |
| 87. - Denver Colo City & Cnty Sch Dist 12/1/31 | B | Interest | | | Sold | 07/25/17 | K | B | |
| 88. - Longmont Co Enterprise Wstwtr Rev 11/1/26 | B | Interest | | | Sold | 07/25/17 | K | C | |
| 89. - Mesa College Muni Bond 5/15/23 | B | Interest | | | Sold | 07/25/17 | K | B | |
| 90. - Pueblo Cnty Sch Dist Muni Bond 12/15/21 | B | Interest | | | Sold | 07/25/17 | K | C | |
| 91. - Summit Cnty School Dist 12/1/21 | A | Interest | | | Sold | 07/25/17 | K | B | |
| 92. - Univ Colo Ent Sys 6/1/29 | A | Interest | | | Sold | 07/25/17 | K | B | |
| 93. - Univ Colo Ent Sys 6/1/31 | B | Interest | | | Sold | 07/25/17 | K | B | |
| 94. - Weld Sch Dist Muni Bond 12/1/19 | B | Interest | | | Sold | 07/25/17 | K | B | |
| 95. - University Northn Colo Greeley Inst Bond 6/1/30 | A | Interest | | | Sold | 07/25/17 | K | B | |
| 96. - Greely Colo Wtr Rev Ref Bds 8/01/22 | B | Interest | | | Sold | 07/25/17 | K | A | |
| 97. - Arapahoe Cnty Colo Sch Dist 12/01/28 | B | Interest | | | Sold | 07/25/17 | L | B | |
| 98. - Platte River Pwr 6/1/25 | A | Interest | | | Sold | 07/25/17 | K | | |
| 99. - Fort Lewis College Brd Trustees Bond 10/1/2030 | B | Interest | | | Sold | 07/25/17 | K | | |
| 100. - Colorado Sch Mines Instl Enterprise Rev Bond 8/1/2032 | B | Interest | | | Sold | 07/25/17 | K | | |
| 101. - USAA Tax Exempt Short Term Retail Fd | A | Interest | | | Sold | 07/28/17 | L | A | |
| 102. - Estes VY Colo rec & Pk Dist GO Bds 12/1/2033 | B | Interest | | | Buy | 01/09/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 07/28/17 | K | A | |
| 104. Brokerage Acct #4 (H) | | | | | | | | | |
| 105. - USAA Tax Exempt Money Mkt Fd F/K/A USAA Tax-Ex Money Mkt | A | Interest | K | T | | | | | |
| 106. - USAA Savings CD 01/09/17 | A | Interest | | | Redeemed | 01/09/17 | K | | |
| 107. - USAA Treasury Money Mkt Fd F/K/A USAA Treasury MMKT | A | Interest | K | T | Sold (part) | 01/03/17 | J | | |
| 108. | | | | | Buy (add'l) | 01/09/17 | K | | |
| 109. | | | | | Buy (add'l) | 01/31/17 | K | | |
| 110. | | | | | Sold (part) | 02/08/17 | J | | |
| 111. | | | | | Sold (part) | 03/08/17 | J | | |
| 112. Brokerage Acct #5 (H) | | | | | | | | | |
| 113. - USAA Tax Exempt Money Mkt Fd F/K/A USAA Tax-Ex Money Mkt | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorsuch, Neil M. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. This report was prepared on my behalf by my accountant.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Neil M. Gorsuch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544